IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN D. WEATHERLY, on behalf of themselves and all other similarly situated individuals, PATRICIA JO MEYER, on behalf of themselves and all other similarly situated individuals, and MR. DAVE HERNANDEZ, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV153 |
| v. | ) ) | |
| MICHAEL FOODS, Inc., and M.G. WALDBAUM, Company, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on plaintiffs' motion, Filing No. 27, to extend time to answer defendant's motion to dismiss or for summary judgment. Defendants do not object to this request. The court has reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to extend, Filing No. 27, is granted. Plaintiff's response to the defendant's motion to dismiss is extended to July 25, 2008.

DATED this 2nd day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge